**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6098**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARCUS RUDOLPH KEYS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:99-cr-00159-F-1)

Submitted:  June 22, 2017                                          Decided:  June 26, 2017

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Rudolph Keys, Appellant Pro Se.  John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Rudolph Keys appeals the district court's orders denying Keys' motion to unseal a pretrial motions hearing transcript and his motion to reconsider. The district court record includes a transcript of the trial testimony on the date in question, but the motions hearing was not transcribed. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*